UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FT. WAYNE DIVISION

| | |
|---|---|
| MELLISSA KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 1:12-cv-00312-RL-SLC** |
| ) | |
| JOHN J. WERNERT, M.D., in his official capacity ) | |
| as Secretary of the Indiana Family and Social ) | |
| Services Administration, et al. ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL

Plaintiff, Mellissa King, by counsel and the Defendants, by counsel, file their stipulation of dismissal pursuant to FRCP 41(a)(1)(ii).

1. This case is currently stayed pending the outcome of *Chickadaunce, et al. v. Minott, et al.* 1:13-CV-01223-WTL-MJD.

2. The Parties agree that Mellissa King is a member of the class in *Chickadaunce.*

3. That case is stayed[1] due to the Defendant FSSA's request for approval of a CIH Waiver amendment to the Centers for Medicare and Medicaid Services ("CMS") (*Chickadaunce*, Doc. No. 153).

4. Mellissa King is satisfied with her interests being represented as a member of the *Chickadaunce* class, and at present, does not wish to pursue her claims as a separate matter.

5. The Parties recognize that this is a voluntary dismissal and as such, it is *without prejudice.*

---

[1] That case was also administratively closed on January 4, 2016 (*Chickadaunce*, Doc. No. 152).

                                          Respectfully submitted,

Date: <u>March 23, 2016</u>          <u>/s/ Adam Mueller</u>
                                      Adam Mueller, #26515-49
                                        Indiana Legal Services, Inc.
                                        151 N. Delaware St. #1850
                                        Indianapolis, IN 46204
                                        <u>adam.mueller@ilsi.net</u>
                                        Tel. (317) 829-3174
                                        Fax. (317) 631-9775


                                        GREGORY F. ZOELLER
                                        Indiana Attorney General
                                        Attorney No. 1958-98

By:  <u>s/ *Jefferson S. Garn*</u>
                                        Jefferson S. Garn
                                        Deputy Attorney General
                                        Attorney No. 29921-49

                                        OFFICE OF INDIANA ATTORNEY GENERAL
                                        Indiana Government Center South, 5th Floor
                                        302 West Washington Street
                                        Indianapolis, IN  46204-2770
                                        Telephone:  (317) 232-6292
                                        Fax:  (317) 232-7979
                                        Email:  Jefferson.Garn@atg.in.gov